**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
sara_peloquin@fd.org

Attorneys for Mr. RicardoTalavera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO TALAVERA,<br><br>Defendant. | CASE NO. 08CR1020-L<br><br>DATE: June 30, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND<br>2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
CALEB MASON, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on Monday, June 30, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Ricardo Talavera, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**MOTIONS**

Ricardo-Talavera, the accused in this case, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Compel Further Discovery and Preserve Evidence; and

2) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: May 19, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Ricardo Talavera