UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR1020-L |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| RICARDO TALAVERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Caleb Mason, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: May 19, 2008

*/s/Sara M. Peloquin*

**SARA M. PELOQUIN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email:sara_peloquin@fd.org