**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3716
sara_peloquin@fd.org

Attorneys for Mr. Talavera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO TALAVERA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 08CR1020-L<br><br>**JOINT MOTION TO CONTINUE <u>MOTION HEARING</u>** |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Talavera's motion hearing, scheduled for Monday, June 30, 2008 at 2:00 p.m. be continued to Tuesday, August 5, 2008 at 2:00 p.m., or such other time that is convenient to the Court.

Dated: June 24, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Talavera

Dated: June 24, 2008

*/s/ Caleb Mason*
**CALEB MASON**
Assistant United States Attorney