UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO TALAVERA,<br>Defendant. | Case No.: 08CR1020-L<br><br>**ORDER CONTINUING MOTION HEARING** |

**IT IS HEREBY ORDERED** that the motion hearing scheduled for Monday, June 30, 2008, at 2:00 p.m. is continued to Tuesday, August 5, 2008, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: June 24, 2008

M. James Lorenz
United States District Court Judge