FILED
2008 JUL 15 AM 10:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 JUL 14 AM 9:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,

vs.

RICARDO TALAVERA,
Defendant.

CASE NO. 08CR1020-L

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 8 USC 1325 ILLEGAL ENTRY (FELONY); 8 USC 1325 ILLEGAL ENTRY (MIDSEMEANOR)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/11/08

[signature]
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 7/14/08

United States Marshal

By: [signature]
USMS Criminal Section

ENTERED ON ____________